IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:

EARL M. RILEY AND                      CASE NO. 07-81258
VERLINE B. RILEY

        Debtors.                          CHAPTER 13

EARL M. RILEY AND )
VERLINE B. RILEY, )
        Plaintiffs, )
v. )     ADVERSARY PROCEEDING
)     NO. 09-09013
US BANK CONSUMER FINANCE )
        Defendant. )

**ANSWER OF US BANK CONSUMER FINANCE**

Now comes US Bank Consumer Finance (US Bank) and answers the Complaint (Complaint) filed by Earl Riley and Verline Riley (Plaintiffs) by alleging as follows:

1. Admitted.

2. Admitted, upon information and belief.

3. Admitted, upon information and belief.

4. Admitted.

5. Admitted, upon information and belief.

6. Admitted.

7. Admitted

8. Denied.

9. Denied.

## FIRST AFFIRMATIVE DEFENSE

The Plaintiffs have failed to state a valid claim upon which relief may be granted and Defendant is entitled to dismissal of this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure as incorporated through Rule 7012(b) of the Federal Rules of Bankruptcy Procedure.

## SECOND AFFIRMATIVE DEFENSE

Pursuant to 11 U.S.C.§ 1322(b)(2), the Plaintiff is prohibited from avoiding Defendant's lien and must pay the Defendant's claim according to its contractual terms.

## THIRD AFFIRMATIVE DEFENSE

US Bank reserves the right to assert all other affirmative defenses to the Complaint that are unknown at this time but that may be discovered during the course of this lawsuit.

Wherefore, US Bank prays for the court to grant the following relief:

1. To dismiss the Complaint with prejudice;

2. To deny recovery by the Plaintiffs from Defendant US Bank;

3. To tax the costs of the action against the Plaintiffs; and

4. To grant such other and further relief as the court deems just and proper.

Dated this 21st day of May, 2009.

By: s/ Kristin Decker Ogburn
Kristin Decker Ogburn
North Carolina State Bar No. 20506
Attorney for US Bank Consumer Finance
301 South College Street, Suite 2600
Charlotte, NC 28202-6038
Telephone: 704-377-2500
Telefax: 704-372-2619

CERTIFICATE OF SERVICE

  This is to certify that the foregoing Answer of US Bank Consumer Finance was served upon the following parties by depositing copies of same in the United States mail, first-class postage prepaid addressed as follows:

        Earl and Verline Riley
        307 Ebon Road
        Durham, NC 27713

        Edward Charles Boltz
        Attorney for Plaintiffs
        1738-D Hillandale Rd.
        Durham, NC 27705

        Richard M. Hutson, II
        Chapter 13 Office
        PO Box 3613
        Durham, NC 27702

Dated this 21st day of May, 2009

            s/ Kristin Decker Ogburn
            Kristin Decker Ogburn
            Attorney for US Bank Consumer Finance